# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Preliminary/Detention Hearing

| Case Number: | 23-MJ-945 KK | UNITED STATES vs. Wiese | |
|---|---|---|---|
| Hearing Date: | 6/6/2023 | Time In and Out: | 9:51 a.m./10:17 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Andrew Wiese | Defendant's Counsel: | Irma Rivas |
| AUSA: | Raquel Ruiz-Velez | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | Witness: | Alley Viramontes, Special Agent FBI |

### Initial Appearance

| | |
|---|---|
| ☐ | Defendant received a copy of charging document |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☐ | Defendant |

| | | | |
|---|---|---|---|
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |

| | | | | |
|---|---|---|---|---|
| ☐ | Set for | on | | @ |

### Preliminary/Show Cause/Identity

| | |
|---|---|
| ☐ | Defendant |

| | | | |
|---|---|---|---|
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |

### Detention

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☒ | USA-proffers; FPD-proffers; Court-findings |

### Custody Status

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release imposed | |

### Other

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to _____ for Final Revocation Hearing |
| ☒ | Government calls FBI Special Agent Alley Viramontes, sworn, direct; cross; redirect; witness excused; closing arguments; court findings. |