FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 7 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CRIMINAL NO. 23-950 DHU<br>) |
| vs. | ) 18 U.S.C. §§ 922(g)(1) and 924: Felon in<br>) Possession of a Firearm and Ammunition. |
| **ANDREW WIESE,** | )<br>) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about May 24, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **ANDREW WIESE**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) battery upon a peace officer,

(2) possession of a controlled substance,

(3) unlawful taking of a motor vehicle,

(4) conspiracy to commit unlawful taking of a motor vehicle, and

(5) aggravated driving while intoxicated,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **ANDREW WIESE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28

U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

(1) a 9mm, FN model 509 handgun, serial number GRS0189716, and

(2) approximately 18 rounds of 9mm ammunition.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

/s/
Assistant United States Attorney
SJM